| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRUD ROSSMANN, | Case No.: 3:19-CV-00014 JAH (NLS) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| SUSAN WOJCICKI, ET AL., | |
| Defendants. | |

On June 10, 2019, the Court dismissed Plaintiff's Motion to Proceed *In Forma Pauperis* ("IFP") and ordered Plaintiff to either pay the filing fee or file a renewed motion to proceed IFP no later than June 21, 2019. *See* ECF No. 10. The Court explicitly stated that "*[s]hould Plaintiff fail to file a renewed motion to proceed IFP and correct the deficiencies in his Complaint identified by the Court within the time provided, the Court may dismiss this civil action without leave to amend.*" *Id.* (emphasis in the original). Following the Court's Order, Plaintiff filed a notice of appeal, ECF No. 12, and shortly after voluntarily dismissed the appeal. *See* ECF No. 20. Plaintiff has not filed a renewed motion to proceed IFP or payed the filing fee. *See generally* Docket. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** this action in its entirety for failure to prosecute and failure to comply with

1 | the Court's June 10, 2019 Order. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005).
2 | The Clerk of Court **SHALL CLOSE** the file.
3 |     **IT IS SO ORDERED.**
4 | Dated: October 8, 2019

*[signature]*
Hon. Janis L. Sammartino
United States District Judge